

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00083-CV

ROBYN MORGAN BOLES, Appellant

V.

MICHAEL BOLES, Appellee

On Appeal from the 76th District Court
Titus County, Texas
Trial Court No. 43043

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, Robyn Morgan Boles, filed a timely notice of appeal on September 17, 2025. The clerk's record was filed on October 20, 2025. Boles's brief was due on November 26, 2025. When neither a brief nor a motion to extend time for filing same was received by December 10, 2025, this Court advised Boles by letter that her brief was late. We also warned Boles that the failure to file a brief by December 29, 2025, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Boles did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of December 10, 2025, Boles's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


Jeff Rambin
Justice

Date Submitted:     January 9, 2026
Date Decided:     January 12, 2026